## DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY v. STATE BOARD OF TAXES AND ASSESSMENT.

GARDNER, J. I vote to affirm on the opinion below with the exception of the reductions therein made as to parcels No. 2 of 40.068 acres, and No. 5 of 3.728 acres, as, in my judgment, there was no evidence to support the same.

## UNITED NEW JERSEY RAILROAD AND CANAL COMPANY v. STATE BOARD OF TAXES AND ASSESSMENT.

GARDNER, J. I vote to affirm on the opinion below with the exception of the reduction therein made as to parcels No. 3 of 30.564 acres, and No. 4 of 3.623 acres, as, in my judgment, there was no evidence to support the same.

*For affirmance* — THE CHIEF JUSTICE, KATZENBACH, LLOYD, WHITE, GARDNER, JJ. 5.

*For reversal* — THE CHANCELLOR, MINTURN, KALISCH, BLACK, VAN BUSKIRK, CLARK, MCGLENNON, JJ. 7.